UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1689** |
| **JAMES LEBLANC, et al.,**<br>    **Defendant**s | **SECTION: "E"** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 be and hereby is **DISMISSED WITH PREJUDICE** as legally frivolous and under *Heck v. Humphrey*, 512 U.S. 477 (1994), until such time as the *Heck* requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's § 1983 complaint be and hereby are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this __15th__ day of February, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**